# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BARBARA O'BOYLE,<br><br>       Plaintiff,<br><br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD.,<br><br>       Defendant. | Case No. 20-CV-486-JPS<br><br><br>**ORDER** |

On July 21, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #9). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court also denies as moot Plaintiff's motion for class certification, motion to stay class certification, and motion for relief from the local rules setting an automatic briefing schedule. (Docket #3).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs assessed to either party; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for class certification, to stay the class certification, and for relief from the local rules setting an automatic briefing schedule (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 22nd day of July 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge